LOUISE VAN ROO, Respondent, *v.* ELIZABETH VAN ROO, Appellant.

Argued February 27, 1945; decided April 5, 1945.

*William G. Easton* for appellant.
*Goodman A. Sarachan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.